IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-1-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ABDULLAH AHMED ALMUWALLAD | : |
| a/k/a "David" | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Memorandum of Plea Agreement and the Consent to Forfeiture entered into by the defendant, Abdullah Ahmed Almuwallad, on March 14, 2011, the following property is hereby forfeitable pursuant 18 U.S.C. § 981(a)(1)(C), as made applicable herein by 28 U.S.C. § 2461(c), to wit:

**Currency**

a) $64,150.00 U. S. currency

b) $1,891.00 U. S. currency.

**Personal Property**

a) A 2005 Ford Van, VIN: 1FTSE34S25HA88968, North Carolina License Plate Number ZSW-6061, registered in the name of Abdullah Ahmed Almuwallad; and

b) A 2005 Chevrolet Uplander, VIN: 1GBDV13L66D137575, North Carolina License Plate Number ZRB-4085, registered in the name of Abdullah Ahmed Almuwallad; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and the Consent to Forfeiture as to the defendant, Abdullah Ahmed Almuwallad, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the

Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 28 day of April, 2011.

TERRENCE W. BOYLE
United States District Judge

N:\BHartley\afcrim.dir\Almuwallad Preliminary Order of Forfeiture.wpd