IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ABDULLAH AHMED ALMUWALLAD | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 28, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(C), based upon the defendant pleading guilty to 18 U.S.C. § 2314, and agreeing to the forfeiture of the property listed in the April 28, 2011 Preliminary Order of Forfeiture, to wit:

**Currency**

a) $64,150.00 U. S. currency

b) $1,891.00 U. S. currency.

**Personal Property**

a) A 2005 Ford Van, VIN: 1FTSE34S25HA88968, North Carolina License Plate Number ZSW-6061, registered in the name of Abdullah Ahmed Almuwallad;

b) A 2005 Chevrolet Uplander, VIN: 1GBDV13L66D137575, North Carolina License Plate Number ZRB-4085, registered in the name of Abdullah Ahmed Almuwallad.

AND WHEREAS, the United States has been advised by its client agency that the subject vehicles are no longer available for forfeiture in this action;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between June 9, 2011 and July 8, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's April 28, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the currency listed in the April 28, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the currency according to law.

2. The subject vehicles listed in the April 28, 2011 Preliminary Order of Forfeiture are hereby released from this criminal forfeiture action.

3. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __7__ of day __March__, 2012.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

3